# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 25-223 (JRT/DJF) |
| MICHAEL BRUCE GILLIS, Defendant. | Date: September 8, 2025 |
| | Court Reporter: Lori Simpson |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 10:24 a.m. |
| | Time Concluded: 11:00 a.m. |
| | Time in Court: 36 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:    Mary Riverso
   For Defendant:    Hillary Parsons

PROCEEDINGS:
   X  **Arraignment** on _ Information, X Indictment
   X  **Change of Plea Hearing.**

   X  PLEA:
        X  Guilty as to Count(s): 2 of the indictment

   X  Presentence Investigation and Report requested.
   X  Sentencing is scheduled for January 6, 2026 at 10:00 a.m. in courtroom 14E.
   X  Defendant remanded to the custody of the U.S. Marshal.

                                                        s/Heather Arent
                                                        Heather Arent, Courtroom Deputy
                                                        For Judge John R. Tunheim