# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED COURT MINUTES-CRIMINAL** |
| Plaintiff, | |
| v. | Case No: CR25-223 (JRT/DJF) |
| | Date: January 6, 2026 |
| | Court Reporter: Rachel Braun |
| Michael Bruce Gillis, | Courthouse: Minneapolis |
| | Courtroom: 14E |
| Defendant. | Time Commenced: 10:58 a.m. |
| | Time Concluded: 11:26 a.m. |
| | Time in Court: 28 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Mary Riverso, Assistant U.S. Attorney
    For Defendant:    Hillary B. Parsons, Retained

**X Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to: BOP 166 months on count 2
Supervised Release Term: 10 years

**X** Special conditions of :

    **See J&C for special conditions**

**X** Defendant sentenced to pay:
    **X** Special assessment in the amount of $100.00 to be paid.
    **X** Restitution in the amount of $2,494.57 to be paid.

**X** On Motion of the Gov't., counts 1 and 3 are dismissed.

**X** Defendant remanded to the custody of the U.S. Marshal.

Sealed Matters: ECF No. 48 to remain sealed for ten years when judgment is filed unless otherwise specified.

s/Karen Moldenhauer
Judicial Assistant
