**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL BRUCE GILLIS,

Defendant.

Criminal No. 25-223 (JRT/DJF)

**FINAL ORDER OF FORFEITURE**

Craig Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Hillary B. Parsons, **TAMBURINO LAW GROUP,** 150 South Fifth Street, Suite 1490, Minneapolis, MN 55402, for defendant.

On November 13, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 2428.

The Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on November 15, 2025, providing notice of the United States' intention to dispose of the Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Property.

No third party has filed a petition asserting an interest in the subject property.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.      the United States' Motion for a Final Order of Forfeiture (ECF No. 57) is

**GRANTED**;

2.      all right, title and interest in the Property is hereby forfeited to and vested

in the United States of America pursuant to 18 U.S.C. § 2253(a); and

3.      the United States shall dispose of the Property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 17, 2025                              _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                        United States District Judge